UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**THE LANDINGS YACHT, GOLF AND**
**TENNIS CLUB, INC.,**

    **Plaintiff,**

**v.**

**SWISS RE CORPORATE SOLUTIONS**   **Case No. 2:22-cv-00459**
**AMERICA INSURANCE CORPORATION**
**and PELEUS INSURANCE COMPANY**
**(INCORRECTLY NAMED AS PELEUS**
**INSURANCE CORPORATION),**

    **Defendants.**

_____

## NOTICE OF REMOVAL

   Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Swiss Re Corporate Solutions

America Insurance Corporation ("Swiss Re") and Peleus Insurance Company, incorrectly named

as Peleus Insurance Corporation ("Peleus") (collectively, "Defendants") file this Notice of

Removal.  In support of this Notice of Removal, Defendants state on knowledge, information

and belief:

   1.  Plaintiff Landings Yacht, Golf and Tennis Club, Inc. ("Plaintiff" or "Landings")

brought this action against Defendants in the Circuit Court of the Twentieth Judicial Circuit in

and for Lee County, Florida by filing a Complaint on July 1, 2022, which was docketed as Case

No. 22-CA-002835 (the "Complaint"), a copy of which, including Exhibits, is attached as

Exhibit 1.

   2.  Defendants were served with the complaint effective July 11, 2022.

   3.  The basis for removal is diversity of citizenship jurisdiction.  Pursuant to 28

U.S.C. § 1332(a), United States District Courts have original jurisdiction over all civil actions in

which the matter in controversy is in excess of $75,000, exclusive of interest and costs, and in which complete diversity exists between all plaintiffs and all defendants.

4.      There is complete diversity of citizenship, as the sole Plaintiff and both Defendants are completely diverse.  Plaintiff is a not-for-profit corporation organized under the laws of Florida, with its principal place of business in Fort Myers, Lee County, Florida.  *See, e.g.*, Complaint, *The Landings Yacht, Golf and Tennis Club, Inc. v. Swiss Re Corporate Solutions America Insurance Corporation, et al..*, 22-CA-002835 (Fla. 20th Cir. Ct., filed July 1, 2022), at ECF No. 1 ¶¶ 1, 2, 6 (complaint filed by Landings asserting that Plaintiff is a "Florida not-for-profit corporation operating in Lee County, Florida").  Plaintiff is therefore a citizen of Florida.

5.      Swiss Re is a Missouri corporation with its principal place of business in the State of Missouri.  Accordingly, under 28 U.S.C. § 1332(c)(1), Swiss Re is a citizen of Missouri, and is not a citizen of Florida, where Plaintiff is a citizen.

6.      Peleus is a Virginia corporation with its principal place of business in the Commonwealth of Virginia.  Accordingly, under 28 U.S.C. § 1332(c)(1), Peleus is a citizen of Virginia, and is not a citizen of Florida, where Plaintiff is a citizen.

7.      The matter in controversy exceeds $75,000, exclusive of interest and costs.  In the Complaint, Plaintiff asserts that Defendants are obligated to provide insurance coverage for what it claims are unauthorized withdrawals from Landings' bank account, purportedly totaling $582,609.74, as well as attorneys' fees and costs, and "such other and further relief as the Court may deem just and proper."  *See* Ex. 1, ¶¶ 17, 20, 37.  As such, the total amount in controversy exceeds $75,000, exclusive of interests and costs.

8.      This Notice of Removal is timely.  It has been filed with this Court within thirty (30) days of Defendants' receipt on July 11, 2022 "through service or otherwise, of a copy of the

initial pleading setting forth the claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C. § 1446(b).  Pursuant to 28 U.S.C. § 1446(a), Defendants represent that apart from the Complaint and associated exhibits, it has received no other process, pleadings, motions or orders in this action.

9.      Accordingly, jurisdiction over the subject matter of this case is conferred by 28 U.S.C. §§ 1332(a)(1), and removal is proper pursuant to 28 U.S.C. § 1441(a).

10.     Pursuant to 28 U.S.C. § 1446, Defendants are filing with this Notice of Removal a copy of all process, pleadings, and orders Defendants have received.  Copies of all such papers are attached as Exhibit 1.

11.     A copy of this Notice of Removal will be served upon Plaintiffs and filed with the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida to effect removal of this action to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1446(d).

Having established all of the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all jurisdictional requirements established by 28 U.S.C. § 1332, Defendants hereby remove this case to the United States District Court for the Middle District of Florida.

Dated: July 28, 2022

Respectfully submitted,

/s/ Charles C. Lemley
Charles C. Lemley
WILEY REIN LLP
Florida Bar No. 0016314
2050 M Street NW
Washington, DC 20036
Phone: 202-719-7354
clemley@wileyrein.com

*Counsel for Defendants Swiss Re Corporate Solutions America Insurance Corporation and Peleus Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2022, I caused to be served by U.S. Mail and e-mail the foregoing Notice of Removal on counsel of record listed on the Service List below.


/s/ Charles C. Lemley
*Counsel for Defendants*


## SERVICE LIST

Jason Hamilton Mikes
Hamilton Mikes, P.A.
3301 Bonita Beach Road, Suite 200
Bonita Springs, Florida 34134
(239) 594-7227
jason@hamiltonmikes.com


*Counsel for Plaintiff Landings
Yacht, Golf and Tennis Club, Inc.*